IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:06cv370

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| $37,281.00 IN UNITED STATES CURRENCY, | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION REQUESTING AUTHORIZATION
FOR ATTORNEY KIRK CONNELL TO APPEAR PRO HAC VICE**

**THIS CAUSE** having come before the Court on Motion Requesting Authorization for Attorney Kirk Connell to Appear *Pro Hac Vice* for Defendants, and it appearing to the Court under Local Rule 83.1(B) that such counsel should be admitted *pro hac vice* as representing Defendants.

**IT IS THEREFORE ORDERED** that the motion is granted and that such counsel is admitted to practice before this Court *pro hac vice*.

**IT IS FURTHER ORDERED** that Kirk Connell shall pay to the Court the fees required by Local Rule 83.1(B).

Signed: October 31, 2006

David C. Keesler
United States Magistrate Judge