# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:06-CV-370-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| $37,281.00 in United States Currency, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c), and there is a motion in this matter ripe for disposition. In the interest of judicial economy and the convenience of the parties, the undersigned will cancel the scheduled hearing and instead hold a telephone conference.

**IT IS, THEREFORE, ORDERED** that the Status and Motions Hearing scheduled for **September 4, 2007** is **CANCELLED**.

**IT IS FURTHER ORDERED** that the parties shall appear via telephone on **September 4, 2007 at 10:00AM** for a telephone conference to discuss the status of this case.

Signed: August 29, 2007

David C. Keesler
United States Magistrate Judge